OPINION — AG — ** SOVEREIGN IMMUNITY — NATIONAL GUARD ** STATEMENT OF FACTS. "ONE OF OUR NATIONAL GUARD AIRPLANES WHILE ON A CROSS COUNTY FLIGHT, PROPERLY APPROVED, DEVELOPED FLYING TROUBLE AND FELL IN A FARMER'S CORN FIELD IN TENNESSEE. THE FARMER HAS SUBMITTED A CLAIM. CAN WE PAY THIS ? " — NEGATIVE (DAMAGES, TORT, SUIT AGAINST THE STATE) CITE: ARTICLE V, SECTION 55, ARTICLE X, SECTION 23 (OWEN J. WATTS)